# United States District Court

_____ DISTRICT OF _____

CLASTON, LLC by and through SUNSET HOLDINGS, LLC

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CV 08 - 0036

UNITED STATES OF AMERICA

TO: (Name and address of defendant)

U.S. Attorney's Office
3rd Floor, Horiguchi Building
Garapan, Saipan, MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GREGORY J. KOEBEL
O'Connor Berman Dotts & Banes
Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950

an answer to the complaint which is herewith served upon you, within ___sixty (60)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ
CLERK

(BY) DEPUTY CLERK

DATE: SEP 1 1 2008

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | September 12, 2008 |
| NAME OF SERVER (PRINT) Alexander Lopez | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By certified mail, return receipt requested upon:
Rosalee Hofman (#59-00862)
Internal Revenue Service, 850 Trafalgar Court, Suite 200, Stop 4366, Maitland, FL 32751

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12  ,  Sept. , 08       *[signature]*
         Date                              Signature of Server

P.O. Box 501969, Saipan, MP 96950
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

