# United States District Court

_____ DISTRICT OF _____

CLASTON, LLC by and through SUNSET HOLDINGS, LLC

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CV 08 - 0036

UNITED STATES OF AMERICA

TO: (Name and address of defendant)

U.S. Attorney's Office
3rd Floor, Horiguchi Building
Garapan, Saipan, MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GREGORY J. KOEBEL
O'Connor Berman Dotts & Banes
Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950

an answer to the complaint which is herewith served upon you, within ___sixty (60)___ days after servi this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against y the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable pe time after service.

GALO L. PEREZ
CLERK

SEP 1 1 2008
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | September 12, 2008 |
| NAME OF SERVER (PRINT) Alexander Lopez | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By certified mail, return receipt requested:
Hon. Michael Mukasey, Attorney General of the United States
Att: Rick Ward, Tax Division; 10th and Pennsylvania Ave., N.W.
Washington, D.C. 20530

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12, Sept., 08
Date

Signature of Server

P.O. Box 501969, Saipan, MP 96950
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

